**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CARLTON KNOWLES, on behalf of himself and all other persons similarly situated,

Plaintiff,

-against-

PARTICLE AESTHETIC SCIENCE LTD.,

Defendant.

ORDER

26 Civ. 139 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the Parties' Stipulation of Dismissal (ECF No. 13) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to close the above-captioned action.

Dated: September 15, 2026
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge